# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | | |
|---|---|---|
| ENE-TEA BLOOM, *et al.*, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. |
| | : | 1:19-CV-04666-LMM |
| CAPITAL FINANCIAL | : | |
| SERVICES, INC., *et. al.*, | : | |
| | : | |
| Defendants. | : | |
| | : | |

## [PROPOSED] FINAL ORDER AND JUDGMENT

This case was originally filed in this Court on October 17, 2019.  By Order dated April 17, 2020, this Court granted Defendants' request to compel arbitration before FINRA and stayed this action pending the outcome of those proceedings.  (Doc. 32.)  That FINRA arbitration resulted in an Award dated October 29, 2021.  Pursuant to 9 U.S.C. §§ 9 and 13, Plaintiffs now request that the Court confirm the October 29, 2021 Arbitration Award and enter a Final Order and Judgment.

Having considered Plaintiffs' Application for Confirmation of Arbitration Award and Entry of Final Order and Judgment, all papers filed therewith, and any opposition thereto, the Court hereby GRANTS the Plaintiffs' Application.  The

October 29, 2021 Arbitration Award, a copy of which is attached hereto, is hereby confirmed in its entirety and entered as the final order and judgment of this Court.

**IT IS SO ORDERED** this ___ day of December, 2021.

_____
**Leigh Martin May**
**United States District Judge**